David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com
-----------------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| VIGILANT INSURANCE COMPANY : | |
| Plaintiff, : | |
| - against - | |
| : | 08 Civ. 6462 (AKH) |
| M/V "HORIZON HAWAII", her engines, | **ECF CASE** |
| tackle, boilers, etc., in rem; HORIZON : | |
| LINES, LLC; FMC CORPORATION; | **RULE 7.1** |
| FMC CORPORATION d/b/a FMC : | **DISCLOSURE STATEMENT** |
| BIOPOLYMER | |
| Defendants. : | |

-----------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private nongovernmental corporate party discloses that the following are parent corporations of that party and the publicly held corporations that own 10% or more of the party's stock:

> Vigilant Insurance Company is a wholly owned subsidiary of Federal Insurance Company which, in turn, is a wholly owned subsidiary of The Chubb Corporation, a publicly traded company on the New York Stock Exchange.

Date:   New York, New York        *s/David L. Mazaroli*
        July 18, 2008             _____
                                  David L. Mazaroli (DM 3929)
                                  Attorney for Plaintiff
                                  11 Park Place - Suite 1214
                                  New York, New York 10007
                                  Tel.: (212)267-8480
                                  Fax.: (212)732-7352
                                  E-mail: dlm@mazarolilaw.com
                                  File No.: 7C-1533