UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: DAVID MAZAROLI - 128

VIGILANT INSURANCE COMPANY

Plaintiff(s)

- against -

M/V "HORIZON HAWAII" ET AL

Defendant(s)

Index #: 08 CIV 6462 (AKH)

Date Filed:

**AFFIDAVIT OF SERVICE**

Attorney File #1: 7C-1533

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DANIEL KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 4, 2008 at 05:30 PM at

5080 MCLESTER STREET
ELIZABETH, NJ 07207

deponent served the within true copy of the SUMMONS & COMPLAINT on HORIZON LINES, LLC, the defendant/respondent therein named,

**LIMITED LIABILITY COMPANY** by delivering thereat a true copy of each to KEN ANDERS personally, deponent knew said limited liability company so served to be the limited liability company described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 56 | 5'9 | 190 |

MAZAROLI
AUG 6 2008
LAW OFFICE

Sworn to me on: August 5, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

DANIEL KNIGHT

Docket #: 578209